**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) Bryan "Shane" Jones,** | |
| **Plaintiff,** | **Case No. CIV-15-978-HE** |
| **v.** | |
| **(1) Needham Trucking, LLC,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Bryan "Shane" Jones, by and through his attorney of record, Bill V. Wilkinson, of the Wilkinson Law Firm and respectfully submits for filing this Stipulation of Dismissal with Prejudice.

Agreed to by:

 s/William Wells
William Wells, OBA #14578
Wells Law Firm
220 Court Plaza Building
228 Robert S. Kerr Avenue
Oklahoma City, OK 73102
405-627-2275        Phone
405-239-2665        Fax
billwells@webb-law.com

Attorneys for Defendant

Respectfully submitted,

WILKINSON LAW FIRM

By:   s/Bill V. Wilkinson
        Bill V. Wilkinson, OBA No. 9621
        4812 East 81 Street #302
        Tulsa OK 74137
        Tel: 918/663-2252; Fax: 918/663-2254
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th   day of June, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William Wells
Wells Law Firm
220 Court Plaza Building
228 Robert S. Kerr Avenue
Oklahoma City, OK 73102
Attorneys for Defendant

s/Bill Wilkinson
Bill V. Wilkinson